IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| EMMA GERALD, | ) |
| Petitioner, | ) ) ) |
| v. | ) Case No. 7:15-cv-00183-JHH-JHE |
| WARDEN ADUCCI, | ) ) ) |
| Respondent. | ) |

**MEMORANDUM OPINION**

On January 29, 2015, Petitioner Emma Gerald ("Gerald") filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, seeking to attack her federal sentence by way of the Savings Clause of 28 U.S.C. § 2255(e). (Doc. 1). Because she did not pay the $5.00 filing fee or apply to proceed *in forma pauperis*, the Court issued a notice of deficient pleading on January 30, 2015, informing her that her failure to do one or the other within thirty days of the date of the notice would result in dismissal of her case for want of prosecution. (Doc. 3) (citing FED. R. CIV. P. 41(b)). That deadline has passed, and Gerald has not paid the filing fee or filed an application to proceed *in forma pauperis*. Accordingly, Gerald's petition is due to be **DISMISSED WITHOUT PREJUDICE** for want of prosecution. A separate order will be entered.

**DONE** this the __16th__ day of March, 2015.

_/s/ James H. Hancock_
SENIOR UNITED STATES DISTRICT JUDGE