FILED
 2015 Jul-07  AM 09:08
U.S. DISTRICT COURT
    N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| EMMA GERALD, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Case No. 7:15-cv-00183-JHH-JHE |
| | ) |
| WARDEN ADUCCI, | ) |
| | ) |
| Respondent. | ) |

## MEMORANDUM OPINION

On January 29, 2015, Petitioner Emma Gerald ("Gerald") filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, seeking to attack her federal sentence by way of the Savings Clause of 28 U.S.C. § 2255(e).  (Doc. 1).  On May 21, 2015, Respondent answered, seeking to have the petition dismissed for lack of jurisdiction.  (Doc. 16).  Gerald has not contested Respondent's arguments but instead seeks to voluntarily dismiss the petition without prejudice.  (Doc. 20).  Because a dismissal for lack of jurisdiction would also be "without prejudice," Gerald and Respondent seek the same relief.  Accordingly, Gerald's petition will be **DISMISSED WITHOUT PREJUDICE**.  A separate order will be entered.

**DONE** this the 7th  day of July, 2015.

_____
SENIOR UNITED STATES DISTRICT JUDGE